IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SY DALTON SINGLETARY,           )
                                )
            Petitioner,         )
                                )
      v.                        )              1:26CV164
                                )
STATE OF NORTH CAROLINA,        )
                                )
            Respondent.         )

**ORDER**

On March 24, 2026, the Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b).  No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is dismissed sua sponte without prejudice to Petitioner filing a new petition which corrects the defects of the current Petition identified by the Magistrate Judge.

                              /s/   Thomas D. Schroeder
                              United States District Judge

April 20, 2026